Laurence ("Laird") J. Lucas (ISB # 4733)
Bryan Hurlbutt (ISB # 8501)
Garrison Todd (ISB # 10870)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
llucas@advocateswest.org
bhurlbutt@advocateswest.org
gtodd@advocateswest.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | No. 01:19-cv-065-REB |
| Plaintiffs, | ) ) | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| U.S. SHEEP EXPERIMENT STATION, and USDA AGRICULTURAL RESEARCH SERVICE, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 56, District of Idaho Local Rule 7.1, and the Litigation Order in this matter (ECF No. 18), Plaintiffs move the Court to enter summary judgment in their favor, and reverse and remand the July 2017 Final Environmental Impact Statement (FEIS) and July 2018 Record of Decision (ROD) for the "U.S. Sheep Experiment Station Grazing and Associated Activities Project," challenged in Plaintiffs' Complaint herein. Summary judgment is appropriate as Plaintiffs' claims involve no genuine dispute of material fact, and Plaintiffs are entitled to judgment as a matter of law.

MOTION FOR SUMMARY JUDGMENT – 1

This Motion is supported by the accompanying Plaintiffs' Separate Statement of Material Facts; Plaintiffs' Opening Brief in Support of Motion for Summary Judgment; and Declarations of Bonnie Altshuld, Ken Cole, Greg Dyson, Scott Lake, Sarah McMillan, Andrea Santarsiere, and Garrison Todd (and exhibit thereto). This Motion is also supported by the pleadings and files before the Court, including the Administrative Record filed by the Defendants, and such other matters as may be brought before the Court prior to the decision.[1]

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Summary Judgment, enter summary judgment in their favor, and reverse and remand the challenged Sheep Station FEIS and ROD.

Dated: December 23, 2019.    Respectfully submitted,

/s/ Laird J. Lucas
Laurence ("Laird") J. Lucas (ISB # 4733)
Bryan Hurlbutt (ISB # 8501)
Garrison Todd (ISB # 10870)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
llucas@advocateswest.org
bhurlbutt@advocateswest.org
gtodd@advocateswest.org

*Attorneys for Plaintiffs*

---

[1] The Altshuld, Cole, Dyson, Lake, McMillan, and Santarsiere Declarations document Plaintiffs' Article III standing, by showing Plaintiffs' and their staff and members have deep and ongoing interests and uses of the public lands and wildlife at issue; they suffer injury from the Sheep Station's violations of NEPA and the APA, as demonstrated herein; and a Court decision reversing and remanding the challenged FEIS and ROD will help redress their injuries.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 23, 2019, I electronically filed the foregoing PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, and the accompanying PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS, OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, and DECLARATIONS OF BONNIE ALTSHULD, KEN COLE, GREG DYSON, SCOTT LAKE, SARAH MCMILLAN, ANDREA SANTARSIERE and GARRISON TODD (and attached exhibit) through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine England
Assistant U.S. Attorney
christine.england@usdoj.gov

Caroline Lobdell
clobdell@wrlegal.org

Paul Turcke
pat@msbtlaw.com

                */s/ Laird J. Lucas*
                Laurence ("Laird") J. Lucas