RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, IDAHO STATE BAR NO. 11390**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, IDAHO  83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: Christine.England@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. SHEEP EXPERIMENT STATION, and USDA AGRICULTURAL RESEARCH SERVICE,<br><br>Defendants,<br><br>and,<br><br>AMERICAN SHEEP INDUSTRY ASSOCIATION, INC.,<br><br>Defendant-Intervenor. | Case No. 1:19-CV-00065-REB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants U.S. Sheep Experiment Station, and USDA Agricultural Research Service hereby appeal to the United States Court of Appeals for the Ninth Circuit the Memorandum Decision (ECF No. 40) and Judgment (ECF No. 41) entered on April 16, 2021.

**NOTICE OF APPEAL** - 1

Respectfully submitted this 15th day of June, 2021.

                RAFAEL M. GONZALEZ, JR.
                Acting United States Attorney
                By:


                <u>/s/ Christine G. England</u>
                CHRISTINE G. ENGLAND
                Assistant United States Attorney